UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Renee Forde,

                Plaintiff(s),

-v-

Officer Hanson and Officer Harris, Shield 17128,

                Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 Civ. 3594 (LTS)(KNF)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_**  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement* (Principals to participate as required by Magistrate Judge)

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
     Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
                April 30, 2008

LAURA TAYLOR SWAIN
United States District Judge