USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RENEE FORDE,

                Plaintiff,

      - against -

C.O. HANSON, et al.,

                Defendant.
-------------------------------------------------------------x

08 Civ. 3594 (RMB) (HBP)

**ORDER**

      Based upon Defendant's letter to the Honorable Henry B. Pitman, dated October 6, 2009, indicating that "the above-referenced action was settled today," it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before October 21, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
         October 7, 2009

                                              _____
                                              Richard M. Berman, U.S.D.J.